UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Mark Ardito,<br><br>    *Plaintiff*,<br><br>  v.<br><br>Solvay S.A., Solvay Specialty Polymers USA, LLC<br><br>    *Defendants*. | Civil Action No. 1:21-cv-00142-JAW |

**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

  IT IS HERBY STIPULATED AND AGREED, subject to Court approval, by and between Defendant Solvay Specialty Polymers USA, LLC ("SSP") and Plaintiff Mark Ardito ("Ardito") (collectively, "the Parties") that the Court dismiss this entire action and each and every cause of action alleged by Ardito in the First Amended Complaint with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The Parties agree that each party shall bear its own costs and attorneys' fees in this action.  The Parties respectfully request that this Court issue an order closing this case.

**IT IS SO STIPULATED.**

Dated: November 18, 2022                          Respectfully Submitted,

| */s/ Jonathan P. Hunter* | /s/ *Eric L. Siegel* ** |
|---|---|
| Jonathan P. Hunter | Eric L. Siegel* |
| Joshua A. Tardy | Alexander Rogosa* |
| Rudman Winchell | Kalbian Hagerty, LLP |
| 84 Harlow Street | 888 17th Street, N.W. |
| Bangor, Maine 04402 | Suite 1200 |
| 207-992-4455 | Washington, DC 20006 |
| jhunter@rudmanwinchell.com | 202-419-3296 |
| jtardy@rudmanwinchell.com | esiegel@kalbianhagerty.com |
| | ARogosa@kalbianhagerty.com |
| Rick Bergstrom* | |
| Lauren Ball* | Alison E. Tozier, Esq. |
| Jones Day | Stacey D. Neumann, Esq. |
| 4655 Executive Drive, Suite 1500 | Murray, Plumb & Murray |
| San Diego, CA 92121-3134 | 75 Pearl Street, P.O. Box 9785 |
| 858-314-1118 | Portland, Maine 04104-5085 |
| rjbergstrom@jonesday.com | (207) 773-5651 |
| laurenball@jonesday.com | atozier@mpmlaw.com |
| | sneumann@mpmlaw.com |
| Patrick Corley* | |
| Jones Day | *Attorneys for Plaintiff,* |
| 1221 Peachtree Street N.E., Suite 400 | *Mark Ardito* |
| Atlanta, Georgia 30361 | |
| 404-581-8211 | ** *Electronically signed with permission.* |
| pcorley@jonesday.com | |

*Attorneys for Defendant Solvay Specialty Polymers USA, LLC*

* *Admitted Pro Hac Vice*